Filed 2/26/25  In re Brown CA5

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F088911 |
| LAFRANCE BROWN, | (Stanislaus Super. No. CR-24-007749) |
| On Habeas Corpus. | OPINION |

### THE COURT*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

LaFrance Brown, in pro. per., for Petitioner.

Rob Bonta, Attorney General, and Hannah Janigian Chavez, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner LaFrance Brown requests permission to file a belated notice of appeal in Stanislaus County Superior Court case No. CR-24-007749 under the doctrine of constructive filing.  (See *In re Benoit* (1973) 10 Cal.3d 72, 86–87.)  We conclude petitioner alleges sufficient facts establishing he relied upon his trial counsel to file a notice of appeal and that he acted diligently to ensure counsel discharged this responsibility.  (See *id*. at pp. 86–87, 89; see also *People v. Duvall* (1995) 9 Cal.4th 464, 474–475 [petitioner's burden to state fully and with particularity the facts upon which relief is sought].)  Additionally, the Attorney General does not oppose petitioner's request to file a belated appeal under *Benoit*.

---

\*       Before Levy, Acting P. J., Smith, J., and DeSantos, J.

Accordingly, petitioner is granted leave to file a notice of appeal on or before 60 days from the date of this opinion in Stanislaus County Superior Court case No. CR-24-007749.

## **DISPOSITION**

Let a writ of habeas corpus issue directing the Clerk of the Stanislaus County Superior Court to file said request in its case No. CR-24-007749, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days of the date of this opinion.

This opinion is final forthwith as to this court.